No. 477. Houk Manufacturing Company, Inc., *v.* Cowen Company. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Melville Church* for petitioner. *Mr. Isadore Shapiro* for respondent.

No. 478. Clinton Mining & Mineral Company *v.* J. S. Beacom. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Arthur O. Fording* for petitioner. No appearance for respondent.

No. 479. Thomas Welsh *v.* United States. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Martin Conboy* for petitioner. *The Solicitor General* for the United States.

No. 475. Mohawk Mining Company *v.* Harry H. Weiss, Collector of Internal Revenue, etc. October 18, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Alton C. Dustin* for petitioner. *The Solicitor General* and *Mrs. Annette Abbott Adams*, Assistant Attorney General, for respondent.

No. 484. American Socialist Society *v.* United States. October 18, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. S. John Block* and *Mr. Walter Nelles* for petitioner. *Mr. Assistant Attorney General Stewart* for the United States.